Jeffrey H. Rutherford (State Bar No. 181695)     **E-FILED: 9/18/08**
Lightfoot Vandevelde Sadowsky
Crouchley Rutherford & Levine LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4750
Fax: (213) 622-2690
jrutherford@lvscrl.com

L. Barrett Boss (*pro hac vice*)
Cozen O'Connor
The Army and Navy Building
1627 I Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 912-4818
Fax: (866) 413-0172
bboss@cozen.com

Attorneys for Defendants
Virginia Star Seafood Corporation
International Sea Products Corporation
Peter Xuong Lam

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 07-449-PSG |
| Plaintiff, | ) **ORDER REGARDING** |
| vs. | ) **PROBATION FILES AND** |
| | ) **PRESENTENCE REPORTS OF** |
| VIRGINIA STAR SEAFOOD | ) **HENRY C. D. YIP, DAVID S.** |
| CORPORATION, et al., | ) **WONG, TAI WAI DAVID CHU** |
| Defendants. | ) **\*\*NOTE CHANGES MADE BY** |
| | ) **COURT\*\*\*\*\*\*\*\*\*\*\*** |

1     GOOD CAUSE HAVING BEEN SHOWN,

2     IT IS HEREBY ORDERED THAT the United States Probation Office for
3 the Central District of California submit to this Court, for inspection *in camera*, the
4 probation files and Presentence Reports that have been prepared for the following
5 defendants in *United States v. Virginia Star Seafood Corporation, et al.*, Case No.
6 CR 07-449-PSG:

7     Henry C. D. Yip

8     David S. Wong

9     Tai Wai David Chu

10     IT IS FURTHER ORDERED THAT the probation files and Presentence
11 Reports for these three defendants be delivered to this Court no later than
12 **September 24, 2008, at 9 a.m.**

13     IT IS SO ORDERED.

15 DATED: 9/17/08                    ____**PHILIP S. GUTIERREZ**_____
                                                    Honorable Philip S. Gutierrez
16                                                     United States District Judge

[PROPOSED] ORDER REGARDING PROBATION FILES AND
PRESENTENCE FILES AND PRESENTENCE REPORTS
OF HENCY C.D. YIP, DAVID S. WONG, TAI WAI CHU

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, at Lightfoot Vandevelde Sadowsky Crouchley Rutherford & Levine LLP at 800 Wilshire Boulevard, Suite 500, Los Angeles, California 90017. I am over the age of 18 and not a party to the within action.

On September 8, 2008, I served the foregoing document described as **[PROPOSED] ORDER REGARDING PROBATION FILES AND PRESENTENCE REPORTS OF HENRY C. D. YIP, DAVID S. WONG, TAI WAI DAVID CHU** on the parties in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following:

Judith Wheat
Adam Zaffos
Thomas A. Durkin
Nina Marino
Barbara B. Nguyen
Roger William Patton
Joseph O. Johns
Elinor Colbourn

In addition to the above, the following are not on the District Court ECF System, and were served via electronic mail:

Elinor Colbourn

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2008, at Los Angeles, California.

/ S /
_____
D. Garlow